1 | Gregory B. Beam (SBN 102443)
Mark D. Alpert (SBN: 138152)
2 | GREGORY BEAM & ASSOCIATES, INC.
23113 Plaza Pointe Drive, Suite 100
3 | Laguna Hills, CA  92653
(949) 598-5800
4 | malpert@beamlaw.net

5 | Attorneys for Plaintiffs,
Michael Windeler, Karen Windeler, Joy Salerni,
6 | Jeff Schneider, Edna Schneider, Barbara Knight,
Kent Knight, Bruce DePaola, Terri DePaola

7

8 |               UNITED STATES DISTRICT COURT OF CALIFORNIA

9 |                      CENTRAL DISTRICT OF CALIFORNIA

10

11 | MICHAEL WINDELER, KAREN            )   Case No. 2:19-cv-06325-DSF(JEMx)
WINDELER, JOY SALERNI, JEFF         )
12 | SCHNEIDER, EDNA SCHNEIDER,         )
BARBARA KNIGHT, KENT               )   **OBJECTION OF PLAINTIFFS TO**
13 | KNIGHT, BRUCE DEPAOLA,             )   **SECTION 2 OF REPLY BRIEF**
TERRI DEPAOLA,                     )   **FILED BY COUNTY OF SAN LUIS**
14 |                                    )   **OBISPO RE: MOTION TO**
    Plaintiffs and Petitioners,        )   **DISMISS**
15 |                                    )
vs.                                )   Date:       October 7, 2019
16 |                                    )   Time:       1:30 p.m.
CAMBRIA COMMUNITY                  )   Location:   Courtroom 7D
17 | SERVICES DISTRICT;                 )               First Street Courthouse
COUNTY OF SAN LUIS OBISPO,         )               350 West 1st Street
18 |                                    )               Los Angeles, CA
    Defendants and Respondents.        )
19 |                                    )   Assigned to
                                       )   Honorable Judge Dale S. Fischer
20 |                                    )
                                       )   Complaint filed: July 24, 2019
21 |                                    )

22

23 |        Plaintiffs hereby object to Section 2 of the Reply of the County of San Luis

24 | Obispo ("County") in Support of County's Motion to Dismiss ("MTD") as this

25 | Section of the Reply raises arguments not made in support of County's MTD nor

26 | raised in Plaintiffs' Opposition to County's MTD.  County thereby deprives

27 | Plaintiffs the opportunity to respond.   These new arguments are predicated on the

28 | nature of the claims alleged in the First Amended Complaint and therefore could

**OBJECTION TO SECTION 2 OF REPLY BRIEF FILED BY COUNTY OF SAN LUIS OBISPO**

1  have been asserted in the Motion, especially since the issues are essentially identical

2  to those raised in the prior federal litigation.  Such new arguments should not be

3  considered by the Court.  *U.S. ex rel. Giles v. Sardie*, 191 F. Supp. 2d 1117, 1127

4  (C.D. Cal. 2000), citing  *Lujan v. National Wildlife Federation*, 497 U.S. 871, 894–

5  95, 110 S.Ct. 3177, (1990)   See, also  *United States ex rel. Giles v. Sardie*, 191 F.

6  Supp. 2d 1117, 1127 (C.D. Cal. 2000) ("It is improper for a moving party to

7  introduce new facts or different legal arguments in the reply brief than those

8  presented in the moving papers."), *In re China Intelligent Lighting & Electronics,*

9  *Inc. Sec. Litig.*, No. CV 11-2768 PSG SSX, 2012 WL 3834815, at *4 (C.D. Cal.

10 Sept. 5, 2012) ("The Court will not address new arguments raised for the first time

11 in a reply brief.")

12 Dated:  September 26, 2019          GREGORY BEAM & ASSOCIATES, INC.

13

14                                                       By: _____/s/ Mark D. Alpert_____

15                                                            Mark D. Alpert
                                                             Attorneys for Plaintiffs and Petitioners

16

17

18

19

20

21

22

23

24

25

26

27

28

OBJECTION TO SECTION 2 OF REPLY BRIEF FILED BY COUNTY OF SAN LUIS OBISPO

# PROOF OF SERVICE

*WINDELER, et al. v. CAMBRIA COMMUNITY SERVICES DISTRICT, ET AL.*

Case No. 2:17-cv-08536 -DSF- (JEMx)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 23113 Plaza Pointe Drive, Suite 100, Laguna Hills, CA 92653. On September 26, 2019, I caused the foregoing document(s) described as:

**OBJECTION OF PLAINTIFFS TO SECTION 2 OF REPLY BRIEF FILED BY COUNTY OF SAN LUIS OBISPO RE: MOTION TO DISMISS**

to be served on the interested parties in this action as follows:

☐ By placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as stated below or [XX] by sending a copy as stated and addressed below:

### *SEE ATTACHED SERVICE LIST*

☒ **BY ELECTRONIC SERVICE.** I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 26, 2019, at Laguna Hills, California.

Sandra Beck

1

**SERVICE LIST**

2

*WINDELER, et al. v. CAMBRIA COMMUNITY SERVICES DISTRICT, ET AL.*

3

Case No. 2:19-cv-06325 -DSF(JEMx)

4 | Rita L. Neal, Esq.

Jon Ansolabehere, Esq.

5 | County Counsel

County of San Luis Obispo

6 | 1055 Monterey St., Room D320

San Luis Obispo, CA 93408

7 | Phone: 805-781-5400

Fax: 805-781-4221

8 | Email: jansolabehere@co.slo.ca.us

Michael M. McMahon, Esq.

CARMEL & NACCASHA, LLP

1908 Spring Street

Paso Robles, CA 93446

Phone: 805-226-4148

Fax: 805-226-4147

Email: mmcmahon@carnaclaw.com

9

10 | *Attorneys for Defendant and Respondent,*

*COUNTY OF SAN LUIS OBISPO*

*Attorneys for Defendant and Respondent,*

*CAMBRIA COMMUNITY SERVICES*

*DISTRICT*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ii

PROOF OF SERVICE