| | | | |
|---|---|---|---|
| Case No. | CV 19-06325-DSF (JEMx) | Date | October 7, 2019 |

| | |
|---|---|
| Title | Michael Windeler, et al. v. Cambria Community Services District, et al. |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Renee Fisher | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gregory B. Beam<br>Mark D. Alpert | Michael M. McMahon<br>Jon M. Ansolabehere |

**Proceedings:** MOTION HEARING (Non-Evidentiary – Held and Completed)

MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT [15]

MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT [17]

    The matter is called and counsel state their appearances. The Court questions counsel as stated in court and on the record and invites counsel to present their oral arguments. Oral arguments by counsel are heard and the matter is taken under submission. A written order will follow.