1  COUNTY OF SAN LUIS OBISPO
   COUNTY COUNSEL
2  RITA L. NEAL, SBN 151156
   JON ANSOLABEHERE, SBN 278174
3  Email: jansolabehere@co.slo.ca.us
   1055 Monterey Street, Room D320
4  San Luis Obispo, CA 93408
   Telephone: (805) 781-5400
5  Facsimile: (805) 781-4221

6

7  Attorneys for Defendant
   COUNTY OF SAN LUIS OBISPO

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
                            WESTERN DIVISION
11

12 | MICHAEL WINDELER, KAREN          | Case No. 2:19-cv-06325 DSF(JEMx)
   | WINDELER, JOY SALERNI, JEFF      |
13 | SCHNEIDER, EDNA SCHNEIDER,       | **VERIFICATION OF ANSWER OF**
   | BARBARA KNIGHT, KENT             | **DEFENDANT COUNTY OF SAN LUIS**
14 | KNIGHT, BRUCE DEPAOLA,           | **OBISPO TO COMPLAINT**
   | TERRI DEPAOLA,                   |
15 |                                  |
   |      Plaintiffs and Petitioners, | Assigned to: Honorable Judge Dale S. Fischer
16 |                                  |
   | vs.                              |
17 |                                  |
   | CAMBRIA COMMUNITY WATER          | *Complaint Filed: July 24, 2019*
18 | DISTRICT, COUNTY OF SAN          |
   | LUIS OBISPO,                     |
19 |                                  |
   |      Defendants and Respondents. |
20

21

22      I, Trevor Keith, am the Director of Planning and Building of the County of San

23 Luis Obispo, the defendant in the foregoing action. I have read the **ANSWER OF**

24
25 **DEFENDANT COUNTY OF SAN LUIS OBISPO TO COMPLAINT**, and know

26 the contents thereof to be true. As to those matters stated on information and belief, I

27 believe them to be true.

28

---

1
Verification of Answer to Complaint

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 |
3 | January 13, 2020

_____
Trevor Keith

# PROOF OF SERVICE

STATE OF CALIFORNIA           )
                              )  ss.
COUNTY OF SAN LUIS OBISPO     )

I am employed in the County of San Luis Obispo, California; I am over the age of 18 years, and not a party to the within action; my business address is County Government Center, Room D320, San Luis Obispo, CA 93408.

On January 13, 2020, I served a true copy of this declaration and the following described document(s):

**ANSWER OF DEFENDANT COUNTY OF SAN LUIS OBISPO TO COMPLAINT**

In re: Michael Windeler, et al. v. Cambria Community Water District, et al.
2:19-cv-06325 DSF(JEMx)

on the party or parties listed below:

| Attorney for Plaintiffs | Attorney for Defendant Cambria Community Services District |
|---|---|
| Gregory B. Beam | Michael M. McMahon |
| Mark D. Alpert | CARMEL & NACCASHA |
| GREGORY BEAM & ASSOCIATES, INC. | 1908 Spring Street |
| 23113 Plaza Pointe Drive, Suite 100 | Paso Robles, CA 93446 |
| Laguna Hills, CA 92653 | mmcmahon@carnaclaw.com |
| malpert@beamlaw.net | |

[X] **By United States mail.** I enclosed a true copy of the documents in a sealed envelope addressed to each of the persons as indicated above, and then placed the envelope for collection and mailing where it would be deposited with the United States Postal Service with postage fully prepaid on the same day, following my employer's business practice with which I am readily familiar.

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 13, 2020, at San Luis Obispo, California.

_Rebecca Forcier_
Rebecca R. Forcier, Legal Clerk to
Jon Ansolabehere, Chief Deputy County Counsel

71rrfpld