UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-06325-DSF(JEMx) | Date | March 16, 2020 |
|---|---|---|---|
| Title | Michael Windeler, et al. v. Cambria Community Services District, et al. | | |

Present: The Honorable  DALE S. FISCHER, United States District Judge

| V.R. Vallery | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Craig M. Collins<br>Timothy V. Kassouni | Jon M. Ansolabehere<br>Douglas J. Dennington |

**Proceedings:** SCHEDULING CONFERENCE (Held and Completed)

  The matter is called and counsel state their appearances. The Court and counsel discuss the status of the case as set forth on the record. The Court establishes the case management dates as stated on the record. (See Order re Trial for specific dates and times.)

  Each side is limited to five motions in limine unless the Court orders otherwise.

  All fictitiously named defendants are dismissed.