UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case
No.:   2:19–cv–06325–DSF–JEM                                              Date:   3/18/2020
Title:   MICHAEL WINDELER ET AL V. CAMBRIA COMMUNITY SERVICES DISTRICT ET AL

Present: The Honorable   John E. McDermott, United States Magistrate Judge

Deputy Clerk:   Sharon Lorenzo
Court Reporter:   N/A

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not present |

**PROCEEDINGS:**   (In Chambers) SCHEDULING OF SETTLEMENT CONFERENCE

The parties, having elected/been ordered to have Magistrate Judge McDermott conduct a settlement conference of this matter, are directed to contact Judge McDermott's clerk, ShaRon Anthony, at (213) 894–0216, to schedule the conference at an appropriate time. **Prior to contacting the clerk, the parties should confer and agree on at least three possible dates at 10:00 a.m. for the settlement conference.** The parties are advised that they should contact the clerk so as to allow sufficient time for the court to schedule the settlement conference. The proposed dates should be consistent with the Local Rules, the Federal Rules of Civil Procedure, and in accordance with any orders or dates set by the District Judge. Further instructions regarding briefing will be provided by way of the Settlement Conference Order once a date has been set.

**The parties are directed to provide to Magistrate Judge McDermott a copy of all relevant pleadings including the complaint, answer and Rule 26(f) Joint Report.**

Initials of Preparer:  san