JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WINDELER, et al., Plaintiffs, | CV 19-6325 DSF (JEMx) |
| v. | JUDGMENT |
| CAMBRIA COMMUNITY SERVICES DISTRICT, et al., Defendants. | |

The Court having found, after a trial to the Court, in favor of Defendants, and the Court having issued Findings of Fact and Conclusions of Law to that effect,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: September 6, 2022

Dale S. Fischer
United States District Judge